UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NORMAN CASTILLO PANAMENO,

        Petitioner,

v.

DAVID ORTIZ,

        Respondent.
_____/

Case No. 1:21-cv-935

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** because Petitioner is not entitled to bring a § 2241 challenge to his sentence under the savings clause of § 2255(e).

Dated: November 29, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge